

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2014

No. 04-13-00606-CV

**KING RANCH, INC.**,
Appellant

v.

Roel **GARZA**, Cynthia Garza, JS Trophy Ranch, LLC and Los Cuentos, LLC,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-12-51717-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Rebeca C. Martinez, Justice

The panel has considered the appellees' motion for rehearing, and the motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court